## Campagna et al., Appellants, *v.* Sons of Columbus of America, Inc.

Argued March 22, 1971. *Daniel L. Quinlan,* with him *Quinlan and Vangrossi,* for appellants; *Clarke F. Hess,* with him *Butera & Detwiler,* and *Capozzi, Greenfield & Minsky,* for appellee.

The appeal is quashed.

CERCONE, J., did not participate in the consideration or decision of this case.